UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IRVING JAKE MORRIS**                                                           **CIVIL ACTION**

**versus**                                                                                       **NO. 14-2484**

**WARDEN BURL CAIN**                                                         **SECTION: "J" (3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection and supplemental objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Irving Jake Morris** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of March, 2015.

*[signature]*
**UNITED STATES DISTRICT JUDGE**